IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| CITIZENS BANK OF CARTHAGE, TENNESSEE, ) ) ) | |
| Plaintiff, ) | No. 2:14-cv-0057 |
| ) | |
| v. ) | |
| ) | |
| STATE FARM FIRE AND CASUALTY COMPANY ) ) ) | |
| Defendant. ) | |

## ORDER OF COMPROMISE AND DISMISSAL

Upon motion of the parties showing that a settlement agreement has been reached by and between the parties requiring dismissal of this action with full prejudice as to refiling, it is hereby

ORDERED, ADJUDGED and DECREED that the above action is hereby dismissed with full prejudice as to refiling against the Defendant. Costs associate with this matter are assessed to Defendant State Farm Fire and Casualty Company.

ENTERED this 5tf "f c{ "qh'Qevqdgt."42360

_____
JUDGE

**APPROVED FOR ENTRY:**

**PAINE, TARWATER, and BICKERS, LLP**


/s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)
Katherine S. Goodner (BPR #030499)
2200 Riverview Tower
900 South Gay Street
Knoxville, TN 37902
(865) 525-0880

/s/ William D. Mitchell
William D. Mitchell (BPR #003536)
112 South Main Street
Sparta, TN  38583
(931) 836-3192